# IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 22-05016-04-CR-SW-MDH |
| ) | |
| EDWARD URIBE, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One and Twenty-eight of the Second Superseding Indictment filed on October 4, 2022, and Defendant's admittance of the Forfeiture Allegation contained in the Second Superseding Indictment, are now <u>Accepted.</u> The Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

                                                                   s/Douglas Harpool
                                                                 **DOUGLAS HARPOOL**
                                                            **UNITED STATES DISTRICT JUDGE**

Date: December 10, 2024 #